UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Dionne Benoit on behalf of L.B v. Bayer Corporation, et al.* | No. 09-cv-20107-DRH |
| *Mary Romero v. Bayer Corporation, et al.* | No. 09-cv-20119-DRH |
| *Kristen Avilas, et al. v. Bayer Corporation, et al.* | No. 12-cv-10002-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
Deputy Clerk

Digitally signed by
Judge David R. Herndon
Date: 2016.03.08
09:35:13 -06'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT